

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00445-CV

IN RE JAMES BELL JACKSON                               RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

Relator James Bell Jackson seeks a writ of mandamus compelling a district clerk to file a motion Relator wants filed with the trial court. We dismiss for want of jurisdiction.

This court has jurisdiction to issue writs of mandamus against district and county court judges, to issue writs of mandamus against a district judge acting as magistrate in a court of inquiry, and to issue all other writs necessary to enforce its own jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004). We do not have mandamus jurisdiction over a district clerk unless such is necessary to enforce our jurisdiction. *See, e.g., In re Washington*, 7 S.W.3d 181, 182 (Tex.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

App.—Houston [1st Dist.] 1999) (mem. op.); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998).  Here, mandamus is not necessary to enforce our jurisdiction.  *See Washington*, 7 S.W.3d at 182–83.  Therefore, we dismiss Relator's petition for want of jurisdiction.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  December 30, 2010